AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PANNER, OWEN M. | U.S. DISTRICT COURT, DISTRICT OF OREGON | 05/08/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR ARTICLE III JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
310 West Sixth Street
Medford, OR 97501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/08/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Small Acreage, Jackson County, Oregon | B | Rent | K | W | | | | | |
| 2. Oil Royalty Trust, Oklahoma | D | Royalty | K | W | | | | | |
| 3. Vintage Petroleum - California | C | Royalty | K | W | | | | | |
| 4. U.S. Bank - Checking Account | A | Interest | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. Clearbridge Dividend Strategy Fund Class A (H) | B | | K | T | | | | | |
| 7. | | Distribution | | | Buy (add'l) | 12/07/17 | J | | |
| 8. | | Dividend | | | Buy (add'l) | 12/22/17 | J | | |
| 9. | | Dividend | | | Sold (part) | 01/23/17 | J | A | |
| 10. | | Dividend | | | Sold (part) | 02/23/17 | J | A | |
| 11. | | Dividend | | | Sold (part) | 03/23/17 | J | A | |
| 12. | | Dividend | | | Sold (part) | 04/21/17 | J | A | |
| 13. | | Dividend | | | Sold (part) | 05/23/17 | J | A | |
| 14. | | Dividend | | | Sold (part) | 06/23/17 | J | A | |
| 15. | | Dividend | | | Sold (part) | 07/21/17 | J | A | |
| 16. | | Dividend | | | Sold (part) | 08/23/17 | J | A | |
| 17. | | Dividend | | | Sold (part) | 09/22/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | Dividend | | | Sold (part) | 10/23/17 | J | A | |
| 19. | | Dividend | | | Sold (part) | 11/22/17 | J | A | |
| 20. | | Dividend | | | Sold (part) | 12/22/17 | J | A | |
| 21. | | | | | | | | | |
| 22. Davis New York Venture Fund, Inc. Class A (H) | B | | J | T | | | | | |
| 23. | | Dividend | | | Buy (add'l) | 12/14/17 | J | | |
| 24. | | Distribution | | | Buy (add'l) | 12/14/17 | J | | |
| 25. | | Dividend | | | Sold (part) | 12/22/17 | J | A | |
| 26. | | Dividend | | | Sold (part) | 01/23/17 | J | A | |
| 27. | | Dividend | | | Sold (part) | 02/23/17 | J | A | |
| 28. | | Dividend | | | Sold (part) | 03/23/17 | J | A | |
| 29. | | Dividend | | | Sold (part) | 04/21/17 | J | A | |
| 30. | | Dividend | | | Sold (part) | 05/23/17 | J | A | |
| 31. | | Dividend | | | Sold (part) | 06/23/17 | J | A | |
| 32. | | Dividend | | | Sold (part) | 07/21/17 | J | A | |
| 33. | | Dividend | | | Sold (part) | 08/23/17 | J | A | |
| 34. | | Dividend | | | Sold (part) | 09/22/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | Dividend | | | Sold (part) | 10/23/17 | J | A | |
| 36. | | Dividend | | | Sold (part) | 11/22/17 | J | A | |
| 37. | | Dividend | | | Sold (part) | 12/22/17 | J | A | |
| 38. | | | | | | | | | |
| 39. Northern LTS FD TR Eagle MLP Strategy Class C (H) | B | Dividend | K | T | | | | | |
| 40. | | | | | | | | | |
| 41. Aflac, Inc. (X) | A | Dividend | J | T | | | | | |
| 42. | | | | | Buy | 06/09/17 | J | | |
| 43. | | | | | Buy (add'l) | 06/19/17 | J | | |
| 44. | | | | | | | | | |
| 45. Anadarko Petroleum Corp | A | Dividend | J | T | | | J | | |
| 46. | | | | | | | | | |
| 47. Apple, Inc | | | J | T | | | | | |
| 48. | A | Dividend | | | Sold (part) | 08/10/17 | J | A | |
| 49. | | | | | Buy (add'l) | 10/24/17 | J | | |
| 50. | | | | | | | | | |
| 51. Autodesk, Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. Automatic Data Processing, Inc | A | Dividend | | | Sold (part) | 05/08/17 | J | A | |
| 54. | | | | | Sold (part) | 07/24/17 | J | A | |
| 55. | | | | | Sold (part) | 07/25/17 | J | A | |
| 56. | | | | | Sold | 07/27/17 | J | A | |
| 57. | | | | | | | | | |
| 58. Bank of New York, Mellon Corp | | None | J | T | | | | | |
| 59. | | | | | Sold (part) | 08/20/17 | J | A | |
| 60. | | | | | | | | | |
| 61. Bank of America Corp (X) | A | Dividend | J | T | | | | | |
| 62. | A | Dividend | | | Buy (add'l) | 02/08/17 | J | | |
| 63. | A | Dividend | | | Buy (add'l) | 03/03/17 | J | | |
| 64. | A | Dividend | | | Buy (add'l) | 04/28/17 | J | | |
| 65. | A | Dividend | | | Buy (add'l) | 05/18/17 | J | | |
| 66. | | | | | | | | | |
| 67. Biogen Idec, Inc | | None | J | T | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Blackrock. Inc. | A | Dividend | J | T | | | | | |
| 70. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 71. | | | | | | | | | |
| 72. Coca Cola Company | A | Dividend | J | T | | | | | |
| 73. | | | | | | | | | |
| 74. Comcast Corp, Class A | A | Dividend | J | T | | | | | |
| 75. | | | | | Sold (part) | 04/18/17 | J | A | |
| 76. | | | | | Sold (part) | 09/11/17 | J | A | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. Costco Wholesale Corp, new | A | Dividend | | | Sold | 03/09/17 | J | A | |
| 80. | | | | | | | | | |
| 81. El DuPont DeNemours & Co | A | Dividend | | | Sold | 05/18/17 | J | A | |
| 82. | | | | | | | | | |
| 83. DowDupont, Inc.(X) | A | Dividend | J | T | | | | | |
| 84. | | | | | Sold (part) | 09/01/17 | J | A | |
| 85. | | | | | Buy (add'l) | 09/11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 11/15/17 | J | | |
| 87. | | | | | Buy (add'l) | 11/16/17 | J | | |
| 88. | | | | | | | | | |
| 89. Ecolab, Inc | A | Dividend | J | T | | | | | |
| 90. | | | | | | | | | |
| 91. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 92. | | | | | | | | | |
| 93. Freeport Moran, Inc. | A | Dividend | J | T | | | | | |
| 94. | | | | | | | | | |
| 95. General Electric Co | A | Dividend | | | | | | | |
| 96. | | | | | Sold (part) | 01/23/17 | J | A | |
| 97. | | | | | Sold (part) | 01/26/17 | J | A | |
| 98. | | | | | Sold (part) | 02/01/17 | J | A | |
| 99. | | | | | Sold | 02/08/17 | J | A | |
| 100. General Motors Company (X) | A | Dividend | J | T | | | | | |
| 101. | | | | | Buy | 01/18/17 | J | | |
| 102. | | | | | Buy (add'l) | 02/21/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 02/23/17 | J | | |
| 104. | | | | | Buy (add'l) | 09/13/17 | J | | |
| 105. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. Home Depot, Inc | A | Dividend | J | T | | | | | |
| 109. | | | | | | | | | |
| 110. Intel Corp | A | Dividend | J | T | | | | | |
| 111. | | | | | Sold (part) | 10/06/17 | J | | |
| 112. | | | | | | | | | |
| 113. International Paper Co | A | Dividend | J | T | | | | | |
| 114. | | | | | | | | | |
| 115. (Y) IONIS Pharmaceuticals, Inc. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. International Business Machines | A | Dividend | | | Sold | 03/02/17 | J | A | |
| 118. | | | | | | | | | |
| 119. Johnson & Johnson | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. Kimberly Clark Corp | A | Dividend | J | T | | | | | |
| 122. | | | | | | | | | |
| 123. L-3 Communications Holdings, Inc | A | Dividend | J | T | | | | | |
| 124. | | | | | | | | | |
| 125. Mastercard Incorprated (X) | A | Dividend | J | T | | | | | |
| 126. | | | | | Buy | 07/11/17 | J | | |
| 127. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 128. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 129. | | | | | Buy (add'l) | 11/07/17 | J | | |
| 130. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 131. | | | | | | | | | |
| 132. McCormick & Co. Inc., Non-voting (X) | A | Dividend | J | T | | | | | |
| 133. | | | | | Buy | 07/11/17 | J | | |
| 134. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 135. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 136. | | | | | Buy (add'l) | 11/07/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 138. | | | | | | | | | |
| 139. McDonalds Corporation | A | Dividend | J | T | | | | | |
| 140. | | | | | | | | | |
| 141. Merck & Co, Inc | A | Dividend | J | T | | | | | |
| 142. | | | | | | | | | |
| 143. Metlife, Inc | A | Dividend | J | T | | | | | |
| 144. | | | | | | | | | |
| 145. Microsoft Corp | A | Dividend | J | T | | | | | |
| 146. | | | | | | | | | |
| 147. Mondelez International Inc. | A | Dividend | J | T | | | | | |
| 148. | | | | | | | | | |
| 149. Nextera Energy Inc | A | Dividend | J | T | | | | | |
| 150. | | | | | | | | | |
| 151. Nucor Corp | A | Dividend | J | T | | | | | |
| 152. | | | | | | | | | |
| 153. Pepsico, Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. PPG Industries, Inc | A | Dividend | J | T | | | | | |
| 156. | | | | | | | | | |
| 157. Praxair, Inc. (Y) | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. Pfizer | A | Dividend | J | T | | | | | |
| 160. | | | | | Buy (add'l) | 09/20/17 | J | | |
| 161. | | | | | | | | | |
| 162. Procter & Gamble Co | A | Dividend | J | T | | | | | |
| 163. | | | | | Buy (add'l) | 07/31/17 | J | | |
| 164. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 165. | | | | | Buy (add'l) | 10/13/17 | J | | |
| 166. | | | | | | | | | |
| 167. Raytheon Co. | A | Dividend | J | T | | | | | |
| 168. | | | | | | | | | |
| 169. Spectra Energy Corp | A | Dividend | | | Sold | 03/02/17 | J | A | |
| 170. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Sysco Corp | A | Dividend | J | T | | | | | |
| 172. | | | | | | | | | |
| 173. Texas Instruments, Inc. | A | Dividend | J | T | | | | | |
| 174. | | | | | | | | | |
| 175. The Travelers Companies, Inc | A | Dividend | J | T | | | | | |
| 176. | | | | | | | | | |
| 177. Time Warner, Inc | A | Dividend | J | T | | | | | |
| 178. | | | | | | | | | |
| 179. Twitter, Inc. (X) | A | Dividend | J | T | | | | | |
| 180. | | | | | Buy (add'l) | 03/22/17 | J | | |
| 181. | | | | | | | | | |
| 182. | | | | | | | | | |
| 183. Union Pacific Corp | A | Dividend | J | T | | | | | |
| 184. | | | | | | | | | |
| 185. United Parcel Service, Inc | A | Dividend | J | T | | | | | |
| 186. | | | | | Buy (add'l) | 05/08/17 | J | | |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. UnitedHealth Group, Inc | A | Dividend | J | T | | | | | |
| 189. | | | | | | | | | |
| 190. Verizon Communications | A | Dividend | J | T | | | | | |
| 191. | | | | | | | | | |
| 192. Vertex Pharmaceuticals, Inc. (X) | A | Dividend | J | T | | | | | |
| 193. | | | | | | | | | |
| 194. Visa, Inc. CL A Common Stock (X) | A | Dividend | J | T | | | | | |
| 195. | | | | | Buy | 02/03/17 | J | | |
| 196. | | | | | Buy (add'l) | 02/23/17 | J | | |
| 197. | | | | | Buy (add'l) | 02/28/17 | J | | |
| 198. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 199. | | | | | | | | | |
| 200. Wal-Mart Stores, Inc | A | Dividend | | | Sold | 02/23/17 | J | A | |
| 201. | | | | | | | | | |
| 202. Walt Disney Co | A | Dividend | J | T | | | | | |
| 203. | | | | | | | | | |
| 204. Waste Management Inc. Del | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. WEC Energy Corp, formerly Wisconsin Energy Corp | A | Dividend | J | T | | | | | |
| 207. | | | | | | | | | |
| 208. Western Digital Corp (X) | A | Dividend | J | T | | | | | |
| 209. | | | | | | | | | |
| 210. Williams Companies, Inc. (X) | A | Dividend | J | T | | | | | |
| 211. | | | | | Buy | 01/10/17 | J | | |
| 212. | | | | | Buy (add'l) | 01/26/17 | J | | |
| 213. | | | | | Buy (add'l) | 02/28/17 | J | | |
| 214. | | | | | Buy (add'l) | 03/02/17 | J | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |
| 217. | | | | | | | | | |
| 218. 3 M Company | A | Dividend | J | T | | | | | |
| 219. | | | | | | | | | |
| 220. Allergan, PLC | | None | J | T | | | | | |
| 221. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Anheuser-Busch Inbev SA Sponsored ADR | A | Dividend | J | T | | | | | |
| 223. | | | | | | | | | |
| 224. Broadcom Limited, SHS (X) | A | Dividend | J | T | | | | | |
| 225. | | | | | | | | | |
| 226. Endbridge, Inc. (X) | A | Dividend | J | T | | | | | |
| 227. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 228. | | | | | | | | | |
| 229. Johnson Controls, PLC | A | Dividend | J | T | | | | | |
| 230. | | | | | | | | | |
| 231. Nestle SA-Sponsored ADR, Repstg Regd ORD (SF 10 par) | A | Dividend | J | T | | | | | |
| 232. | | | | | | | | | |
| 233. Pentair PLC (X) | A | Dividend | J | T | | | | | |
| 234. | | | | | | | | | |
| 235. Schlumberger LTD | A | Dividend | J | T | | | | | |
| 236. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 237. | | | | | | | | | |
| 238. Seagate Technology PLC | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | | | | | |
| 240.  TEConnectivity LTD | A | Dividend | J | T | | | | | |
| 241. | | | | | | | | | |
| 242.  Weatherford International PLC USD0.001 | A | Dividend | J | T | | | | | |
| 243. | | | | | | | | | |
| 244.  American Tower Corporation | A | Dividend | J | T | | | | | |
| 245. | | | | | | | | | |
| 246.  Healthcare Trust of America Inc., CL A New (X) | A | Dividend | J | T | | | | | |
| 247. | | | | | Buy | 05/03/17 | J | | |
| 248. | | | | | Buy (add'l) | 05/09/17 | J | | |
| 249. | | | | | | | | | |
| 250.  Weyerhaeuser Co | A | Dividend | J | T | | | | | |
| 251. | | | | | | | | | |
| 252.  Zoetis | A | Dividend | J | T | | | | | |
| 253. | | | | | | | | | |
| 254.  RBC Bank Deposit Program | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 05/08/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. VII Small horse operation on the acreage we have in Jackson County, Oregon

2. VII Trustee of the trust lives in Oklahoma, I do not know the location of the numerous properties involved

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ OWEN M. PANNER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544